on this point. There were four defendants, two of whom, John Brabst and Ricardo Hernandez were discharged. The trial court at the close of defendant's case stated:

"Finding of guilty on U U W and related offenses on Herrera. Discharge Mr. Garcia on the gun charges."

We find no error in the finding.

Judgment affirmed.

DIERINGER, P. J., and BURMAN, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LARRY D. HAYES, Defendant-Appellant.

(No. 55968; )

First District—July 26, 1972.

Opinion by Mr. JUSTICE BURMAN.

Gerald W. Getty, Public Defender, of Chicago, (Ronald Himel, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Joseph N. Di Natale, Assistant State's Attorney, of counsel,) for the People.